IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANELLE LAWSON, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RESOURCES FOR HUMAN | : | |
| DEVELOPMENT, INC., | : | No. 21-2394 |
|     *Defendant* | : | |

## ORDER

AND NOW, this 30th day of November, 2021, upon consideration of Christopher A. Macey's Motion to Withdraw as Counsel for Plaintiff Jeanelle Lawson (Doc. No. 9) and the *ex parte* hearing held on November 23, 2021, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Mr. Macey's Motion to Withdraw as Counsel (Doc. No. 9) is **GRANTED**.

2. Within 3 days of this order, Mr. Macey must serve Ms. Lawson with this order and submit proof of service to the Court.

3. Within 14 days of receiving this order, Ms. Lawson must indicate to the Court whether she intends to proceed *pro se* or to engage new counsel.

4. The deadlines in the Scheduling Order (Doc. No. 8) are **CONTINUED** for 30 days.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1