# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANELLE LAWSON,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| RESOURCES FOR HUMAN DEVELOPMENT, INC.,<br>*Defendant* | : | No. 21-2394 |

## ORDER

AND NOW, this 4th day of January, 2022, upon consideration of Plaintiff's request to withdraw her case, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Midway through discovery, Ms. Lawson's counsel moved to withdraw. The Court granted counsel's motion and ordered Ms. Lawson to inform the Court if she intended to retain counsel or proceed *pro se*. She subsequently informed the Court by email that she "would like to withdraw the case." The Court construes that as a request to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(2). Though Resources for Human Development has not filed any counterclaims, both sides have engaged in significant discovery. The Court thus finds it "proper" to dismiss the action, but with prejudice. Fed. R. Civ. P. 41(a)(2).