IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JEANELLE LAWSON                           :        CIVIL ACTION
                                          :
            v.                            :
                                          :
RESOURCES FOR HUMAN                       :        NO. 21-2394
DEVELOPMENT, INC.                         :


## O R D E R


          **AND NOW,** this 4th day of January, 2022 it is **ORDERED** that the transcript

of the hearing held in the above-captioned case on November 23, 2021 is **SEALED AND**

**IMPOUNDED** until further Order of this Court.


BY THE COURT:

GENE E.K. PRATTER
United States District Judge